**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HOWARD COHAN, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:22-cv-004259 |
| ) | |
| v. ) | Honorable Joan B. Gottschall |
| ) | |
| ) | INJUNCTIVE RELIEF SOUGHT |
| GLENVIEW INVESTORS-HOTEL, LLC ) | |
| d/b/a RENAISSANCE CHICAGO SUITES ) | |
| HOTEL, | |
| | |
| Defendant. | |

**JOINT STATUS REPORT**

Plaintiff, HOWARD COHAN ("Plaintiff"), and Defendant, GLENVIEW INVESTORS-HOTEL, LLC, d/b/a RENAISSANCE CHICAGO SUITES HOTEL, ("Defendant"), by and through the undersigned counsel, hereby file this Joint Status Report, and state as follows:

**I.      Nature of the Case**

    **A.      Attorneys of Record.**

        Attorney for Plaintiff: Robert M. Kaplan, Law Offices of Robert M. Kaplan, PC, 1535 W. Schaumburg Road, Ste. 204, Schaumburg, IL 60194, 847-895-9151, rmkap@robertkaplanlaw.com, lead attorney.

        Attorneys for Defendant:

        Abbey Chun Furlong, Lane & Waterman, LLP, 220 N. Main Street, Ste. 600, Davenport, IA 52801, (563) 324-3246, afurlong@l-wlaw.com

    **B.      Settlement Status**

        1.      The parties have agreed in principal to settle this matter and are currently negotiating the final language of the Settlement Agreement. The parties request an additional 30 days to finalize their settlement.

Dated this 10th day of May, 2023.

| | |
|---|---|
| By: /s/ Robert M. Kaplan<br>**Law Offices of Robert M. Kaplan, P.C.**<br>Counsel for the Plaintiff<br>1535 W. Schaumburg Rd., Suite 204<br>Schaumburg, IL 60194<br>Tel:   (847) 895-9151<br>IL Bar No.: 620621<br>rmkap@robertkaplanlaw.com | By: /s/ Abbey Chun Furlong<br>**Lane & Waterman, LLP**<br>Counsel for Defendant<br>220 N. Main Street, Ste. 600<br>Davenport, IA  52801<br>Tel.:   (563) 324-3246<br>IA Bar no.:_____<br>afurlong@l-wlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2023, I electronically filed the foregoing Joint Status Report with the Clerk of Court using the CM/ECF system which will send notification of this filing to the attorneys of record.

By: /s/ Robert M. Kaplan