# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Howard Cohan

                                        Plaintiff,

v.                                         Case No.: 1:22–cv–04259
                                            Honorable Joan B. Gottschall

Glenview Investors–Hotel, LLC

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 11, 2023:

       MINUTE entry before the Honorable Joan B. Gottschall: The parties report [18] that they have reached a settlement agreement in principle. Their request for 30 days in which to finalize their settlement agreement is granted. If closing papers have not been filed by 6/12/2023, a status report is due on that date. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.