IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs | ) Case No.: 22 CV 04259 |
| | ) |
| GLENVIEW INVESTORS-HOTEL, LLC, | ) |
| d/b/a RENAISSANCE CHICAGO | ) |
| GLENVIEW SUITES HOTEL | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, it is hereby ORDERED AND ADJUDGED:

All claims that were or could have been raised in this action are hereby DISMISSED WITH PREJUDICE. except that this Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement. Attorneys' fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in the Agreement.

DONE AND ORDERED IN Chambers this 28th day of June, 2023.

_____
THE HONORABLE JOAN B. GOTTSCHALL
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
Counsel of Record